## Exhibit A to the Complaint

**Location:** Newton, MA  
**Total Works Infringed:** 28  

**IP Address:** 72.85.200.55  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 653E5CF9438D1E59055925ED8E65066F497CE690<br>File Hash:<br>72086407190A9E64E09ABAC714F47A893DADE3372C331D4C610695FBD8D08072 | 03-01-2023<br>11:37:09 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 2 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash:<br>FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-27-2023<br>15:14:34 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 3 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash:<br>CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 02-24-2023<br>12:59:09 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 4 | Info Hash: 3E78E34C4F717A5B631FB38EC05F6604E0CD06BD<br>File Hash:<br>EE0AD28AE55E6EC3CC118CEECD019EDBAC05DBEB49DD8ABCBEE48E48931963B3 | 02-22-2023<br>14:51:40 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 5 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-21-2023<br>11:36:37 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 6 | Info Hash: D55BBEEDD92C89D5C47BA24D89845D9BF67681D1<br>File Hash:<br>E65E51998121E3A72B20B90C3072A72DBDC723A0AC26D518ACD6B218F2518098 | 02-15-2023<br>05:48:50 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 7 | Info Hash: 1A92B9EDC1C4D931D7B0C9C7AD5FD4C2833A05C1<br>File Hash:<br>567F41D1E4F2B2A85D3D7A8014ACD2CDC5EFF115578303BCE06673819973F560 | 02-14-2023<br>12:48:48 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 8 | Info Hash: 73842FA95F10B6EFAD61DB107A731D1E9EF38A13<br>File Hash:<br>E7284236B734287E464C7A267A0071B39B2D1C6ABC30DFE10F67E126B75CB849 | 02-12-2023<br>17:19:51 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 9 | Info Hash: 743B436198D58868EE90DB21DD73E45156E91E69<br>File Hash:<br>68CAF48F7FAE60974122CFFA222A37ABFC4F3254649FB4BEB1FB67B8C19A452F | 02-05-2023<br>16:04:49 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 10 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash:<br>C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01-26-2023<br>13:34:18 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 11 | Info Hash: 81F4FC9F3D6F0EA957C012DD01339B53AD36D08C<br>File Hash:<br>631EA1B32E387702C99B6CD7B8EFA9FC888CA06A6BEB8936E165B6D2FA47E571 | 01-25-2023<br>05:26:32 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: AD610BB3D9224DA2F0ED779AE584009BE6CBF0CD<br>File Hash: DFBC184A2A0B858D3D00E7A025EEDF6FBD5C7321A9038A4799BB8AD64040E23B | 01-18-2023 13:35:07 | Slayed | 07-26-2022 | 08-10-2022 | PA0002370904 |
| 13 | Info Hash: DAF08946CC8E9C0865B015FC90652B7FB5E54189<br>File Hash: 4845409CF80BA7F69D2F0973B489CDB7816262721BBADCAAA2723A577F4EEAA3 | 01-17-2023 11:57:20 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 14 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash: 87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01-16-2023 12:59:50 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 15 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash: BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-16-2023 12:10:31 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 16 | Info Hash: E7DBE00AFA2AA0D254190ED2E7A5376B9042DF00<br>File Hash: BA71272B07322BA290782D8D775FCDAE9031C23990C8EC9AC09EF0F3B9D3B071 | 01-16-2023 04:51:39 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 17 | Info Hash: F227C3686AB1F60BAC9E2224292BB90729887F51<br>File Hash: 95DC7C8FE42A88771B3ABA3919AF2CC741B54481AA881498B96B3E08CCEF10BE | 01-13-2023 11:58:37 | Slayed | 07-19-2022 | 08-10-2022 | PA0002370906 |
| 18 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash: E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 01-11-2023 11:54:54 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 19 | Info Hash: 309694908CC3A893643658B5EFDFA14392D55538<br>File Hash: C3BD08977466811FAC5A111AA8EB16A0FC86124713260ABDFB471ACDFDAA30B7 | 01-08-2023 23:08:29 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 20 | Info Hash: 312F7FEB76A20BF5563ED1A49947EA4A217CE724<br>File Hash: A4C6E2C487095C35F0062C89E0C80838AF36605494BFD8BBEC3988205274B9F5 | 01-08-2023 12:26:55 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 21 | Info Hash: C0EE52C628BBB3CB1DDEA783D867A9675A1BAFF1<br>File Hash: 33953DA72149AA36B404F352CA118B089BF49A70175C700A253B568816683F35 | 12-27-2022 11:35:23 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 22 | Info Hash: 9E823BE29A822EE14697A7434DBD4D2769A27C02<br>File Hash: 6685691171B23A1E56F0E2A948A679EC1FAF4B206F3C69447895FF4652F535A2 | 12-22-2022 12:42:24 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 23 | Info Hash: 56C2716E79931DB8A44D913A20EE24C24D321831<br>File Hash: 1638B0B52B921C429233D7D2DD0F896C0109219ED16C17155593CF9B6227AC94 | 12-21-2022 12:31:54 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7FCAEB64C30D312D0368A0EE2B96DDD7DA8C5323<br>File Hash: 4A5C45BE11FB5C74ECE3BECC42D46EBECB9DC303828B7ADFA1687339E4E148AA | 12-21-2022 01:16:26 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 25 | Info Hash: 21F31CFAE9D279D3D0390B2CF01EFDC039A85642<br>File Hash: F6A418E15C14DA363ABFD03EFF7EA4B971366E1626B46413503CB72ECD99D3AF | 12-15-2022 19:42:09 | Slayed | 06-21-2022 | 07-21-2022 | PA0002367486 |
| 26 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12-12-2022 11:16:04 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 27 | Info Hash: E392A850088C2E06ADE101186F9D079552FAEB39<br>File Hash: BFC21BFB8625C29AB823AC2EC38B6C00D98930264846738738DBC7508BF4C346 | 12-08-2022 17:41:12 | Slayed | 06-07-2022 | 07-21-2022 | PA0002367487 |
| 28 | Info Hash: 424E25F5F6CFD14F9BD8C913A91508F40C54F7F0<br>File Hash: 2E4F0C2871623C3408F8F710AC2F53E0F68E8E398E0D53798092ACC7C9F1BFA4 | 12-07-2022 11:42:08 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |